A. Tedford against Solomon Lichtenstein. No opinion. Motion granted to the extent stated in memorandum per curiam. Settle order on notice. See, also, 131 App. Div. 805, 116 N. Y. Supp. 361.

TEMPLE, Respondent, v. ALTMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by David Temple against Moritz Altman and another. No opinion. Judgment and order unanimously affirmed, with costs.

In re TEXTER. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of William Texter. No opinion. Order of the Special Term affirmed, without costs.

THOMAS, Respondent, v. CENTRAL CROSSTOWN R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by George H. Thomas against the Central Crosstown Railroad Company.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $2,250, in which case the judgment, as modified, and order, are affirmed, without costs.
HIRSCHBERG, P. J., votes for affirmance.

THOMPSON, Respondent, v. STANDARD FASHION CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Cora D. Thompson against the Standard Fashion Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THORNE et al. v. CAREY et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Richard Van Wyck Thorne and others, as executors, etc., against Henry T. Carey and others, as executors, etc. No opinion. Motion to dismiss appeal denied, with costs.

TIERNEY, Respondent, v. DUBROFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Thomas F. Tierney against Jacob S. Dubroff and others. No opinion. Judgment of the County Court of Queens county affirmed, with costs.

TILLY, Respondent, v. SUPKOWSKI, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Henry Tilly against Joseph Supkowski.
PER CURIAM. Judgment affirmed, with costs.
ROBSON, J., dissents.

TITLE GUARANTEE & TRUST CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by the Title Guarantee & Trust Company against Max Brown. No opinion. Order of the Municipal Court affirmed, with $10 costs and disbursements.

TITLE GUARANTEE & TRUST CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) In the matter of supplementary proceedings in an action by the Title Guarantee & Trust Company against Max Brown. No opinion. Motion to dismiss appeal denied, with costs.

TITLE GUARANTEE & TRUST CO. v. BROWN. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of supplementary proceedings in an action by the Title Guarantee & Trust Company against Max Brown. No opinion. Motion denied, without costs.

TONKONOGY et al. v. FUCHS et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by George Tonkonogy and another against Abraham Fuchs and others. No opinion. Judgment, in so far as appealed from, affirmed, with costs.

TOWN OF HEMPSTEAD, Respondent, v. LAWRENCE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by the Town of Hempstead against Newbold T. Lawrence, individually and as executor, etc., and others, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs.

TOWN OF HEMPSTEAD, Respondent, v. LAWRENCE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by the Town of Hempstead against Newbold T. Lawrence, individually and as executor, etc., and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, supra.

TRACY, Appellant, v. PENDLETON, Corp. Counsel, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by De Witt C. Tracy against Francis K. Pendleton, as Corporation Counsel, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements. BURR, J., votes to affirm on the authority of Briggs v. Lahey, 101 App. Div. 136, 91 N. Y. Supp. 576.

TRAKTMAN et al., Appellants, v. CUTRANEO et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Benjamin Traktman.

and others against Giovanni Cutraneo and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re TRAPANI. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of Sigismund J. Trapani. No opinion. Order of the Special Term affirmed, without costs.

TRAVIS, Respondent, v. WESTWOOD, Appellant et al. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Minnie L. Travis against Herman J. Westwood, impleaded. No opinion. Order affirmed, with $10 costs and disbursements.

TUBBIOLO, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Salvatore Tubbiolo against the Brooklyn Heights Railroad Company. No opinion. Motion denied, with costs.

TUBBIOLO, Appellant, v. BROOKLYN HEIGHTS R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Salvatore Tubbiolo against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

TUCKER, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by William P. Tucker against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

TURNER, Appellant, v. OLIVER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Clara Turner against William A. Oliver and another. No opinion. Motion for reargument denied, without costs. See, also, 117 N. Y. Supp. 1149.

TYRRELL, Appellant, v. LONG ISLAND CITY, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Edward M. Tyrrell against Long Island City. No opinion. Judgment (94 N. Y. Supp. 951) affirmed, with costs.

UNGRICH, Appellant, v. UNGRICH et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Martin L. Ungrich against Henry Ungrich, Jr., and others, individually and as executors, etc. L. L. Kellogg, for appellant. E. W. S. Johnston, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 App. Div. 24, 115 N. Y. Supp. 413.

UNGRICH, Respondent, v. UNGRICH et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Martin L. Ungrich against Henry Ungrich, Jr., and another. E. W. S. Johnston, for appellants. L. L. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 App. Div. 24, 115 N. Y. Supp. 413.

UNION CONSTRUCTION & WATERPROOFING CO., Appellant, v. HEIDELBERGER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the Union Construction & Waterproofing Company against Walter C. Heidelberger and another. No opinion. Judgment affirmed, with costs.

UNITED MERCHANTS REALTY CO. v. NEW YORK HIPPODROME. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by the United Merchants Realty Company against the New York Hippodrome. No opinion. Motion granted. Order filed.

UNITED STATES, Appellant, v. BREEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by the United States against James Breen.

PER CURIAM. It is important to determine first whether any appeal lies in naturalization proceedings. This case was submitted, and that question is not discussed in the printed points of counsel. Reargument is ordered, and the case is set down for Monday, November 15, 1909.

UNITED STATES TRUST CO. v. VAN NOSTRAND et al. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by the United States Trust Company, as trustee under the ninth clause of the will of John J. Van Nostrand, deceased, against Louisa B. Van Nostrand, individually and as trustee, etc., and others. No opinion. Motion granted, without costs.

URTEL, Respondent, v. CITY OF LOCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Albert H. Urtel against the City of Lockport. No opinion. Judgment and order affirmed, with costs.

VANDERBILT v. CITY OF GENEVA. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Appeal from Trial Term, Ontario County. Action by Lillian M. Vanderbilt against the City of Geneva. From a judgment in favor of plaintiff, from an order denying a motion for a new trial on the minutes, and from an order denying a similar motion on the ground of newly discovered evi-